# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 21, 2014

## NO. 03-13-00857-CV

**Gold & Silver Buyers, Inc. and Graymeiren Holdings, LLC, Appellants**

**v.**

**SCI Parmer Fund, Inc., Appellee**

### APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
### DISMISSED ON APPELLANTS' MOTION -- OPINION BY CHIEF JUSTICE JONES

This is an appeal from the judgment signed by the trial court on November 26, 2013. Gold & Silver Buyers, Inc. and Graymeiren Holdings, LLC have filed a motion to dismiss the appeal and, having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.